JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SHAWN STONE,<br><br>　　　　　　Defendant. | NO. CR22-178 RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the unopposed motion of the defendant to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsel for the defendant the reasonable time necessary for effective preparation due to counsel's need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 1
*USA v Stone*, CR22-178 RAJ

THE MERYHEW LAW GROUP
200 BROADWAY, SUITE 301
SEATTLE, WA 98122
PHONE: (206) 264-1590

(c) the additional time requested is a reasonable period of delay, as the defendant has requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

(d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

(e) the additional time requested between the current trial date of November 27, 2023, and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth above.

IT IS THEREFORE ORDERED that the unopposed motion (Dkt. 31) is GRANTED.  The trial date in this matter shall be continued to February 26, 2024.  All pretrial motions, including motions in limine, shall be filed no later than January 18, 2024.

IT IS FURTHER ORDERED that the period of delay from the date of this order to the new trial date of February 26, 2024, is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

DATED this 29th day of August, 2023.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE
AND PRETRIAL MOTIONS DEADLINE - 2
*USA v Stone*, CR22-178 RAJ

THE MERYHEW LAW GROUP
200 BROADWAY, SUITE 301
SEATTLE, WA 98122
PHONE: (206) 264-1590