HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-178 RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION FOR LEAVE TO FILE UNDER SEAL |
| SHAWN C. STONE, | |
| Defendant. | |

THIS MATTER has come before the undersigned on Defendant's motion to file the Psychosexual Evaluation Report and Sexual History Polygraph of Defendant under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS HEREBY ORDERED that the Motion to Seal (Dkt. 44) is GRANTED. The Psychosexual Evaluation Report and Sexual History Polygraph of Defendant shall remain under seal.

DATED this 24th day of May, 2024.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL DOCUMENT - 1
USA v. Stone, CR22-178 RAJ

THE MERYHEW LAW GROUP
200 BROADWAY, SUITE 301
SEATTLE, WA 98122
PHONE: (206) 264-1590