1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   UNITED STATES OF AMERICA,                    NO. CR22-178-RAJ

11                         Plaintiff,

12                  v.                            **FINAL ORDER OF FORFEITURE**

13   SHAWN STONE,

14                         Defendant

15

16

17      THIS MATTER comes before the Court on the United States' Motion for a Final

18   Order of Forfeiture ("Motion") for the following property ("Subject Property"):

19              a.  one Blue iPod S/N: DJ6MF0JDF4JW;

20              b.  one LG Cellphone IMEI:356514-09-011042-0;

21              c.  one Samsung Tablet S/N: R52K700MF2X;

22              d.  one Black HP Laptop S/N: 5CD5362MTL; and

23              e.  one Samsung S21 cellphone.

24      The Court, having reviewed the United States' Motion, as well as the other

25   pleadings and papers filed in this matter, hereby FINDS entry of a Final Order of

26   Forfeiture is appropriate for the following reasons:

27

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On April 2, 2024, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 2253(a), and forfeiting the Defendant's interest in it, Dkt. No. 43;

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C), Dkt. No. 50, and provided direct notice to three potential claimants as required by Fed. R. Crim. P. 32.2(b)(6)(A), *see* Declaration of AUSA Jehiel I. Baer in Support of Motion for a Final Order of Forfeiture ¶ 2, <u>Exhibits A, B & C</u>; and

- The time for filing third-party petitions has expired, and no such petitions were filed claiming an interest in the Subject Property.

NOW, THEREFORE, THE COURT ORDERS:

1.      No right, title, or interest in the Subject Property exists in any party other than the United States;

2.      The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and

///

///

///

FINAL ORDER OF FORFEITURE - 2
*United States v. Stone,* CR22-178-RAJ

3.      The United States Department of Justice, the Federal Bureau of Investigation, and/or its representatives, is authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this 18th day of July, 2024.

_____
The Honorable Richard A. Jones
United States District Judge

FINAL ORDER OF FORFEITURE - 3
*United States v. Stone,* CR22-178-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970